Score ▼



**David Greco** @DaveGreco33

"I can't sit by and watch my people get slaughtered"

> **Robert Bowers**
> 
> HIAS likes to bring invaders in that kill our people.
> I can't sit by and watch my people get slaughtered.
> Screw your optics, I'm going in.

∧ 3 · Reply · Repost · Quote · 25 days ago

Load all comments



EXHIBIT S-7

The only Thing real is my picture and screen name.
The defedants made the rest

4-27-19

Another Synagogue shooting (By Hispanic male). This time Jews who are enemies of America and running White genocide got shot in San Diego. America needs to issue arms to all White people to make it easier for us to destroy our domestic enemy.

The Jews are running a war against my race, so this is just 1 little step in the right direction. It's time to expel the Jews, like so many countries have done in the past.







**David Greco** @DaveGreco88
Posted in Christian Identity

@Herr_Ubermensch The Jews, insanely supremacist and genocidal, began a Holy war in 1917; The followers of Lucifer, the Jews, vs the followers of the Almighty Creator; a war to destroy all that is good and just, the Aryan Race and Christianity, so that those left alive would neither posses the intellect or the spiritual strength and unity, to free themselves from an ever consuming Jewish evil. This is why we fight!

gab.com/DaveGreco33/posts/1026...



**David Greco** @DaveGreco33

@snowtrooper Whites already multiple homelands. The Jews are waging a war of extermination against us and what Whites need to do is join this war that Jews started against us and smash their enemy Jew heads into pieces.

The goal of abolishing the [white race] on its face, so desirable tha[t] find it hard to believe that it [could meet] any opposition other than f[rom] committed white supremaci[sts]. Make no mistake abou[t it: we] intend to keep bashing the [white] males, and the live o[n]es, ar[d] females too, until the social [construct] known as 'the white race' is [abolished]. (Professor Noel Ignatiev: Harvard September-October 2002)

The Jewish Daily FORWARD
Jews Unite Behind Push for Immigration Reform
"It's in our strategic interest."



EXHIBIT S-9

Score ▼



**David Greco** @DaveGreco33

The enemy Jews win the political game because they control our governments but attack them, destroy their degenerate tools for White genocide, and burn down every Synagogue and every trace of Jewish presence in your nation and you will be free.

⋀ 1   Reply · Repost · Quote · 7 days ago

Load all comments

Score ▼



**David Greco** @DaveGreco33

The Jews running this war of White genocide, will not stop until they are imprisoned or killed.
Anti-American, non-White welfare professionals will not stop accepting free housing and free money from the Jews to live and breed in America unless enough foreign invaders are killed, so the rest think twice about coming here to help to destroy us.
Jewry is at war with us, we will die unless we make war on Jewry.



⋀ 5   Reply · Repost · Quote · 15 days ago

Load all comments

Score ▼



**David Greco** @DaveGreco33

Since the Jews took over the Vatican in 1945 they've worked to destroy Christianity from the inside. All White Christians like myself should dedicate their lives to sending these filthy Jews straight back to Hell, liberating the Vatican and setting out on the ultimate campaign to save the world, by firebombing every trace of Jewish power into ash.
"The Bible itself says the Jews are an accursed people" Pope Clement VIII #Christianty



⋀ 1   Reply · Repost · Quote · 16 days ago

Load all comments



EXHIBIT
tabbies* S-10

Score ▼

  **David Greco** @DaveGreco35

If HIAS, the perverse Jewish terror organization which helps flood America with endless hordes of non-White third-worlders to destroy White Christian America, and was attacked by good fellow Robert Bowers, was attacked again, and every murderous Jew inside was killed and the building was burnt to the ground to purify it from enemy Jewish filth, it would be an act of Patriotism, in service to a once great nation which will once again become great after our Jewish enemies are dead or in labor camps.



∧ 2   Reply · Repost · Quote · 17 days ago

Load all comments

**EXHIBIT**
S-11