# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| DAVID M. GRECO, <br><br> Plaintiff, <br><br> v. <br><br> DET. LAUREN LAIELLI, SERGEANT FRANK PACE, and NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS, <br><br> Defendants. | Civil Action No. <br> 22-cv-04058-RMB-EAP |

**DEFENDANT SERGEANT FRANK PACE'S
NOTICE OF MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121

*Attorneys for Defendant,
  Sergeant Frank Pace*

BY:  VINCENT P. SARUBBI, ESQ.
     DANIEL J. DEFIGLIO, ESQ.

**TO: CLERK OF COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on September 6, 2022, or as soon thereafter as counsel may be heard, counsel for Defendant Sergeant Frank Pace ("Defendant Pace") shall move before the United States District Court for the District of New Jersey located at Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets Room 1050, Camden, NJ 08101, for an Order granting the Motion to Dismiss Plaintiff's Complaint against Defendant, Sergeant Frank Pace, in its entirety with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

In support of this motion, Defendant shall rely upon the enclosed Brief. A proposed form of order and Certificate of Service are also enclosed. Oral Argument is requested if opposition is filed.

                                        ARCHER & GREINER, P.C.
                                        *Attorneys for Defendant,*
                                        *Sergeant Frank Pace*

                                        By:  *Daniel J. DeFiglio*
                                                 Vincent P. Sarubbi, Esq.
                                                 Daniel J. DeFiglio, Esq.

Dated: July 29, 2022

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was contemporaneously served on July 29, 2022 to all counsel of record via ECF, and to Plaintiff, as follows:

> David Greco, Pro Se
> 246 Orchard Avenue
> Somerdale, NJ  08083
> **via Regular and Certified Mail**

Additionally, a courtesy copy has been mailed to the Court, addressed as follows:

> Honorable Renee Marie Bumb, U.S.D.J.
> U.S. District Court
> District of New Jersey
> Mitchell H. Cohen Building & U.S. Courthouse
> 4th & Cooper Streets Room 1050
> Camden, NJ 08101
> **via Regular Mail**

                                          */s/ Daniel J. DeFiglio*
                                          DANIEL J. DeFIGLIO

Dated: July 29, 2022