

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 116<br>TRENTON, NJ 08625-0116 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

October 3, 2022

**VIA ECF MAIL**
Hon. Elizabeth A. Pascal, U.S.M.J.
U.S. District Court, District of New Jersey Camden
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

> Re: **Greco v. Laielli, et al**; Docket No. 1:22-cv-04058-RMB/EAP
> Motion for Miscellaneous Relief

Dear Judge Pascal:

This office represents the Defendant, New Jersey Office of Homeland Security and Preparedness ("NJOHSP"), in the above-referenced matter. Please accept this letter in lieu of more formal brief in opposition to Plaintiff David Greco's "Motion to Bring Charges," filed on September 20, 2022. See ECF Dkt. 24.

Defendant NJOHSP, herein incorporates and joins the letter briefs by Defendants Laielli and Pace in opposition to the Plaintiff's motion, filed earlier today. See ECF Dkt. 25 and 26. As the Plaintiff cannot bring criminal charges in this Court, we ask that the Plaintiff's motion as to Defendant NJOHSP be denied.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2819 • FAX: (609) 633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 3, 2022
Page 2

See Trapp v. State, Civ. No. 20-10404 (BRM-ZNQ) 2021 WL 2680244, at *8 (D.N.J. June 30, 2021)(citations omitted).

We thank Your Honor for your attention in this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Christine A. Barris
Christine A. Barris
Deputy Attorney General

C:   All counsel of record (via ECF only)
     David Greco (via ECF, regular and certified mail)