Case 1:22-cv-04058-RMB-EAP

October 6, 2022



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

DAVID GRECO,

Plaintiff,

v.

DET. LAUREN LAIELLI, SERGEANT FRANK PACE, NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS

Defendants

Plaintiff David Greco's Motion to Bring Sanctions against Defendant Laielli for Refusal to Comply with the Plaintiff's Subpoena

This is an official 'Application for Sanctions', being made by the Plaintiff by official Motion, and backed up by an affidavit which is included.

Defendant Laielli has not obeyed the subpoena to produce the evidence she claimed she got from the FBI, and Plaintiff knows she never will.

David Greco - Pro Se Litigator

246 Orchard Ave

Somerdale, NJ 08083

856-275-9559

October 6, 2022

In the **United States District** (Court/Jurisdiction)

David Greco,
**Plaintiff**

vs.

DET. LAUREN LAIELLI, SERGEANT FRANK PACE, NJOHSP,
**Defendant**

Case No. 1:22-cv-04058-RMB-EAP

RECEIVED
OCT 11 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

# AFFIDAVIT
(SWORN STATEMENT)

Date: October 6, 2022

My legal name is David Greco ("Affiant") and acknowledge I am:

- Age: 54
- Address: 246 Orchard Ave Somerdale, NJ 08083
- Residency: I've lived at this address 10+ years

Being duly sworn, hereby swear under oath that:
Detective Laielli should be forced to obey my subpoena, because she never will on her own.
This is because she can't produce the demanded evidence, because it never existed. It's a lie she told to a Judge
This will expose her for committing perjury, while creating the currently stayed State case.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _[signature]_  Date: 10-6-22

Page 1 of 2

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of New Jersey
County of Camden

On October 6th, 2022 before me, David Greco, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

TASHIMAH SMITH
Commission # 50181460
Notary Public, State of New Jersey
My Commission Expires
January 04, 2027

RECEIVED
OCT 11 2022

David Greco- Pro Se
246 Orchard Ave
Somerdale, NJ 08083

**CERTIFIED MAIL**





7021 1970 0002 0781 5819

U.S. POSTAGE PAID
FCM LG ENV
STRATFORD, NJ
08084
OCT 06, 22
AMOUNT
**$5.20**
R2303S101165-06



Mitchell H. Cohen Bldg &
U.S. Courthouse
4th & Cooper Sts   Room 1050
Camden, NJ 08101
ATTN: Clerk of Court