Case 1:22-cv-04058-RMB-EAP        October 13, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

DAVID GRECO,

  Plaintiff,

v.

DET. LAUREN LAIELLI, SERGEANT

FRANK PACE, NEW JERSEY OFFICE

OF HOMELAND SECURITY AND

PREPAREDNESS

  Defendants

RECEIVED
OCT 13 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

### Plaintiff David Greco's Notice of Opposition to all 3 Defendants Motions to Dismiss, including a Brief, in Opposition to the Defendants Motions To Dismiss My Complaint

Please accept Plaintiff's included Brief in Opposition to the Defendants Motions to Dismiss My Complaint, and based on it, outright deny all three of their Motions, allowing Plaintiff's righteous case to move forward.

David Greco - Pro Se Litigator

246 Orchard Ave

Somerdale, NJ 08083

856-275-9559