Score ▼



David Greco @DaveGreco33

"I can't sit by and watch my people get slaughtered"

▲3 · Reply · Repost · Quote · 25 days ago

Load all comments

This looks like a post From the Plaintiff. IT'S NOT. IT'S A Fake. iT's 100% Fabricated Evidence. A 100% Falsified document created by the defendants And used to manipulate a Judge. Please note The line across iTs middle. One Piece oF Paper, on another, on a copy Machine.



EXHIBIT S-7

 David Greco

The Jews, insanely supremacist and genocidal, began a Holy war in 1917. The followers of Lucifer, the Jews, vs the followers of the Almighty Creator; a war to destroy all that is good and just, the Aryan Race
...the intellect or
...er consuming

Please note the lower left picture it's slightly underneath the one on the right, & slightly cock-eyed. Thats an impossible mistake for a computer. They are pieces of paper, cut out by the defendants & they pressed the copy button to create more fabricated/altered evidence. The pictures under this have an amount of space between them, that changes.

...are waging a
...join this war
...is into pieces.

> The goal of abolishing the
> on its face, so desirable tha
> find it hard to believe that it
> any opposition other than f
> committed white supremac
> Make no mistake abou
> intend to keep bashing the
> males, and the live ones, ar
> females too, until the social
> known as 'the white race' is
> (Professor Noel Ignatiev: Harvard
> September-October 2002)

The Jewish Daily FORWARD
**Jews Unite Behind Push for Immigration Reform**
"It's in our strategic interest."



EXHIBIT S-9

9-27-19

Another Synagogue shooting (By Hispanic male). This time Jews who are enemies of America and running White genocide got shot in San Diego. America needs to issue arms to all White people to make it easier for us to destroy our domestic enemy.

The Jews are running a war against my race, so this is just 1 little step in the right direction. It's time to [obscured] es have done in the past.

↑       ↑

The defendants erased two sentences from this, altering its meaning. it's altered evidence, created by the defendants a falsified document



Jewish Synagogu Resettle Undocum Africans into Ame Heartland

ants told to leave or face imprisonment

The Israeli government has issued a notice for thousands of African migrants to leave the country or face imprisonment



EXHIBIT S-2

Score ▼



David Greco @DaveGreco33

The enemy Jews win the political game because they control our governments but attack them, destroy their degenerate tools for White genocide, and burn down every Synagogue and every trace of Jewish presence in your nation and you will be free.

⌃1  Reply · Repost · Quote · 7 days ago

Load all comments

Score ▼



I Can'T Tell what This Top Post really said. You can Tell iT's been altered. None oF these have adate a real Computer post, has a date. I Can'T Tell For sure how That Top "PosT" was altered, I JusT Can see that iT has been.

⌃1  Reply · Repost · Quote · 16 days ago

Load all comments



EXHIBIT S-10

Score ▼


David Graco @DaveGraco35

If HIAS, the perverse Jewish terror organization which helps flood America with endless hordes of non-White third-worlders to destroy White Christian America, and was attacked by good fellow Robert Bowers, was attacked again, and every murderous Jew inside was killed and the building was burnt to the ground to purify it from enemy Jewish filth, it would be an act of Patriotism, in service to a once great nation which will once again become great after our Jewish enemies are dead or in labor camps.



^2   Reply · Repost · Quote · 17 days ago

Load all comments

S-11

I can't remember what this actually said. It's different than the post I made. Please note the barely visible line which extends all the way to the right of the paper. This document, was altered by the defendants. Another Falsified document.

**EXHIBIT**
S-11