[Docket No. 14, 16, 22, 24, 28, 34]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAVID M. GRECO, appearing *pro se*, <br><br> PLAINTIFF, <br><br> v. <br><br> DETECTIVE LAUREN LAIELLI, NEW JERSEY OFFICE OF HOMELAND SECURITY AND PREPAREDNESS, and SERGEANT FRANK PACE, <br><br> DEFENDANTS. | Civil No. 22-4058 (RMB/EAP) <br><br> **ORDER** |

**BUMB, Chief District Judge**

This matter comes before the Court upon three Motions to Dismiss the Complaint by each of the named defendants in this action: Detective Lauren Laielli of the New Jersey Office of Homeland Security and Preparedness ("Laielli"), that Office ("OHSP"), and Officer Frank Pace of the Gloucester County Police Department ("Pace") (together, "Defendants"). [Docket Nos. 14, 16, 22.] For the reasons set forth in the accompanying Opinion as of today's date, and for good cause shown,

**IT IS** this **28th** day of **February 2023**, hereby

**ORDERED** that Defendant Laielli's Motion to Dismiss the Complaint [Docket No. 22] is **GRANTED**; and it is further

**ORDERED** that Defendant OHSP's Motion to Dismiss the Complaint [Docket No. 16] is **GRANTED**; and it is further

**ORDERED** that Defendant Pace's Motion to Dismiss the Complaint [Docket No. 14] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion to Stay the State's Civil Case is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Bring Criminal Charges against the Defendants [Docket No. 24] is **DENIED**;[1] and it is further

**ORDERED** that Plaintiff's Motion for Sanctions against Defendant Laielli [Docket No. 28] is **DISMISSED AS MOOT**; and it is further

**ORDERED** that the Complaint [Docket No. 1] is **DISMISSED WITH PREJDICE**; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order and accompanying Opinion to Plaintiff at his address as it appears on the docket and **CLOSE THIS CASE**.

s/Renée Marie Bumb
Renée Marie Bumb
Chief District Judge

---

[1] The Court does not have the authority to grant Plaintiff the relief he seeks. *See United States v. Bruce*, 950 F.3d 173, 176 (3d Cir. 2020) (explaining that "what, if any, charges to bring against a criminal suspect" is a decision "firmly committed to the discretion of the Executive Branch") (citations s omitted).